**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JOHN HYMAN,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 3:24-CV-02537-X** |
| | § | |
| **ALBERTSONS COMPANIES, INC.,** | § | |
| | § | |
| **Defendant.** | | |

**DEFENDANT'S RULE 12(B)(5) MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure and Rules 7.1 and 7.2 of the Court's Local Civil Rules, Defendant Albertsons Companies, Inc. ("Defendant") moves for the Court to dismiss Plaintiff's Complaint (Dkt. 1) on the grounds that Plaintiff failed to properly serve Defendant, or Plaintiff's actual employer, with service of process. Rather than serving Defendant's registered agent, president, or vice-president, Plaintiff served a store director who was working at an Albertsons grocery store in Garland, Texas.

Pursuant to the local rules, Defendant has simultaneously filed its Brief in Support of its Rule 12(b)(5) Motion to Dismiss Plaintiff's Complaint ("Brief"), which sets forth the facts, arguments, and authorities entitling Defendant to the dismissal of Plaintiff's Complaint. Additionally, in support of its Motion, Defendant has simultaneously filed a separate, self-contained Appendix with the evidence Defendant relies on for factual support. *See* Local Rule 7.1(i). Citations to the Appendix supporting Defendant's Motion are also contained in the Brief as required by Local Rules.

Based on the facts, arguments, and authorities in the Brief, along with the materials in the Appendix, Plaintiff failed to follow the requirements of Rule 4(h) of the Federal Rules of Civil

Procedure in serving a corporate entity. Therefore, Defendant respectfully requests that the Court enter an order granting Defendant's Rule 12(b)(5) Motion to dismiss and dismiss Plaintiff's claims.

Dated: November 1, 2024

Respectfully submitted,

*/s/ Sherry L. Travers*

Sherry L. Travers (Attorney-in-Charge)
Texas State Bar No. 00793097
stravers@littler.com
Matthew A. Swanger
Texas State Bar No. 24100286
mswanger@littler.com

LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201.2931
214.880.8100
214.880.0181 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2024, the foregoing was electronically filed with the Clerk of the Court, utilizing the ECF system, which sent notification of such filing to the following:

Walker G. Harman, Jr.
Evan Richardson
HARMAN GREEN PC
824 Exposition Ave.
Suite 8
Dallas, Texas 75266
erichardson@theharmanfirm.com
wharman@theharmanfirm.com
(646) 248-2288

*/s/ Sherry L. Travers*
Sherry L. Travers